ALBANY,
August, 1809.

Rogers
v.
Rogers.

Motion granted。

## ROGERS *against* ROGERS.

THE defendant in this cause was arrested on a *capias ad respondendum*, containing an *ac etiam* clause, upon promises, for 500 dollars, returnable at the last term, and special bail was put in and perfected, in conformity to the writ. The plaintiff, afterwards, declared against the defendant in an action of account, and a rule to plead was entered thereon.

A motion was now made, in behalf of the defendant, to set aside the proceedings for irregularity.

Where an *ac etiam* clause, in *assumpsit*, was inserted in a *capias ad respondendum*, and the plaintiff afterwards declared in *account*, the proceedings were ordered to be set aside for irregularity. Where the defendant is held to bail by an *ac etiam* clause, on a *capias*, the plaintiff is bound to pursue the nature of the action so stated in the writ.

*Per Curiam.* When the defendant is held in bail on a *capias*, (which presupposes an original bill,) by an *ac etiam* clause, the plaintiff is bound to pursue it, and declare accordingly. If the plaintiff, in such case, in his declaration, varies the nature of the action, it is an irregularity, of which the defendant may take advantage, on motion. An *exoneretur* has often, in such cases, been ordered to be entered on the bail-piece. Relief, on motion, seems only to be denied, when such variance exists between the declaration and the original writ, where the suit is commenced by original. (*Cowp.* 455. 5 *Term Rep.* 402. 7 *Term Rep.* 80. 6 *Term Rep.* 364. 2 *Wils。*

394. 1 *Tidd's Prac.* 404.) The defendant here, asks generally to have the proceedings set aside for irregularity, and as the rule to plead upon the declaration filed was irregular, it must be set aside with costs.

Motion granted.